# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARRIS STEVENS, | ) | CASE NO. CV09-6122-AHM (FMOx) |
| Plaintiff(s), | ) ) ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | ) ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, et al., | ) ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: July 2, 2010

**JS-6**

_____
A. Howard Matz
United States District Court Judge